UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

DANIEL LUGO,

    Plaintiff,

    v.                         Case No.: 23-cv-01661

WICKER PARK INN, LLC,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: June 5, 2023.

s/Lee D. Sarkin
LEE D. SARKIN
A.R.D.C. No. 6271426
LSarkin@aol.com
8745 W. Higgins Road
Suite 110
Chicago, Illinois 60631
Telephone (312) 741-1142
Attorney for Plaintiff

s/Mark. R. Valley
Mark R. Valley, Esq.
1717 N. Naper Blvd., Suite 105
Naperville, Il. 60563
mvalley@lawmrv.com
Telephone (630) 536-8855
A.R.D.C. No. 3123018
Attorney for Defendant